1

2

3

4

5

6

7 UNITED STATES DISTRICT COURT

8 CENTRAL DISTRICT OF CALIFORNIA

9

10 RAUL S. VENEGAS,                ) No. CV 15-7217 SVW (FFMx)
                                    )

11                Plaintiff,  ) ORDER SUMMARILY REMANDING
    v.                             ) ACTION TO STATE COURT

12                                  )
RANDY STEPHENS, LINDA       )

13 STEPHENS, DOES 1 TO 10,      )
                                 )

14              Defendants.  )
                                )

15

16      The Court will remand this action to state court summarily because Defendants

17 removed it improperly.

18      On September 14, 2015, Defendants Randy Stephens and Linda Stephens, having

19 been sued in what appears to be a routine unlawful detainer action in California state court

20 (Los Angeles Superior Court Case No. 15U09329), filed a Notice of Removal of that

21 action to this Court and also presented applications to proceed without prepaying fees or

22 costs.

23      The Court has denied the applications under separate cover because the Court lacks

24 jurisdiction over the action. To prevent the action from remaining in jurisdictional limbo,

25 the Court issues this Order to remand the action to state court.

26      Simply stated, as the Court has previously determined, Plaintiff could not have

27 brought this action in federal court in the first place, in that Defendants do not

28 competently allege facts supplying either diversity or federal-question jurisdiction, and

1  therefore removal is improper.  28 U.S.C. § 1441(a); *see Exxon Mobil Corp v. Allapattah*

2  *Svcs., Inc.*, 545 U.S. 546, 563, 125 S. Ct. 2611, 162 L. Ed. 2d 502 (2005).  Even if

3  complete diversity of citizenship existed, the amount in controversy does not exceed the

4  diversity-jurisdiction threshold of $75,000.  *See* 28 U.S.C. §§ 1332, 1441(b).  On the

5  contrary, the unlawful-detainer complaint recites that the amount in controversy does not

6  exceed $10,000.

7        Nor does Plaintiff's unlawful detainer action raise any federal legal question.  *See*

8  28 U.S.C. §§ 1331, 1441(b).

9        Accordingly, IT IS ORDERED that (1) this matter be REMANDED to the Superior

10  Court of California, County of Los Angeles, Stanley Mosk Courthouse, Central District,

11  111 N. Hill Street, Los Angeles, California 90012 for lack of subject matter jurisdiction

12  pursuant to 28 U.S.C. § 1447(c); (2) that the Clerk send a certified copy of this Order to

13  the state court; and (3) that the Clerk serve copies of this Order on the parties.

14        IT IS SO ORDERED.

15

16  DATED: September 25, 2015

17

18  _____

19       STEPHEN V. WILSON
     United States District Judge

20

21  Presented by:

22

23  /S/ FREDERICK F. MUMM
   FREDERICK F. MUMM

24  United States Magistrate Judge

25

26

27

28